THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL WERTH-

AISER, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concurred.